UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE RIDER, | Case No. 2:19-cv-01831-RFB-NJK |
| Petitioner, | |
| v. | **ORDER** |
| JASON FRIERSON, *et al.*, | |
| Respondents. | |

This action is a *pro se* Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 by Lawrence Rider. The Respondents are due to respond to Rider's petition by December 23, 2019. See ECF No. 2 at 2 (providing sixty days to respond).

On December 18, 2019, Respondents filed a Motion for Enlargement of Time (ECF No. 4) requesting an additional sixty days to file their response, up to and including February 21, 2020. Respondents' counsel states that the extension is necessary because of her obligations in other cases, the time necessary to review the record in this case, and time away from the office.

The Court finds that Respondents' Motion for Enlargement of Time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 4) is **GRANTED**. Respondents will have up to and including **February 21, 2020**, to file their response to the habeas petition.

///

///

1

1    **IT IS FURTHER ORDERED** that in all other respects, the schedule for further

2    proceedings set forth in the Order entered October 24, 2019 (ECF No. 2) will remain in

3    effect. Petitioner will have sixty (60) days to file a Response to a Motion to Dismiss, or

4    sixty (60) days to file a Reply to an Answer.

5

6        DATED THIS 26th day of December2019.

7

8        _____

9        RICHARD F. BOULWARE, II,
         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28