# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE RIDER,<br>　　Petitioner,<br>　　v.<br>JASON FRIERSON, *et al.*,<br>　　Respondents. | Case No. 2:19-cv-01831-RFB-NJK<br><br>**ORDER** |

This action is a *pro se* Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 by Lawrence Rider. After a sixty-day extension of time, Respondents were obligated to respond to Rider's petition by February 21, 2020. See ECF No. 6.

On February 20, 2020, Respondents filed a Motion for Extension of Time (ECF No. 10) requesting a second extension of time of forty-five days to file their response. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and staffing changes at the Office of the Nevada Attorney General.

The Court finds that Respondents' Motion for Extension of Time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the requested extension of time. However, the Court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 10) is **GRANTED**. Respondents will have up to and including **April 6, 2020**, to file their response to the habeas petition.

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 24, 2019 (ECF No. 2) will remain in effect. Petitioner will have sixty days to file a response to a Motion to Dismiss or to file a reply to an answer.

DATED THIS 25th day of February, 2020.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE