UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE RIDER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br><br>JASON FRIERSON, *et al.*,<br><br>　　　　Respondents. | Case No.  2:19-cv-01831-RFB-NJK<br><br>**ORDER** |

In this habeas corpus action, Respondents filed a Motion to Dismiss on April 3, 2020 (ECF No. 12), and Petitioner, Lawrence Rider, filed an opposition to that motion on April 21, 2020 (ECF No. 15). Respondents were then due to file a reply by May 21, 2020. See ECF No. 2 at 2 (granting thirty days for reply).

On May 21, 2020, Respondents filed a Motion for Extension of Time (ECF No. 21), requesting an extension to June 22, 2020, to file their reply. Respondents' counsel states that the extension is necessary due to delay caused by the COVID-19 pandemic.

The Court finds that the motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will therefore grant the motion.

///

///

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 21) is **GRANTED**. Respondents will have up to and including **June 22, 2020**, to file their reply in support of the Motion to Dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 24, 2019 (ECF No. 2) will remain in effect.

DATED THIS 22nd day of May, 2020.



RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE